UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LYNN REID,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | No. 1:20-cv-00732-GSA<br><br>**ORDER LIFTING STAY TO PERMIT PLAINTIFF'S PAYMENT OF FILING FEE AND SERVICE UPON DEFENDANT** |

    On May 26, 2020, Plaintiff Karen Lynn Reid filed a complaint in the above-captioned action. Doc. 1. On May 28, 2020, the Court entered an order staying proceedings in this matter pursuant to General Order No. 615. Doc. 3. Upon reconsideration of General Order No. 615, the Court has determined that the General Order contemplated: (1) Plaintiff's payment of the filing fee; and, (2) issuance of a summons and service of the complaint upon Defendant despite staying proceedings in all other regards.

    Accordingly, it is hereby ORDERED that the stay in this matter shall be lifted for the limited purpose of the: (1) issuance of an order approving Plaintiff's motion to proceed *in forma pauperis,* or Plaintiff's payment of the filing fee; and, (2) issuance of the summons by the Clerk of Court to permit service of the complaint on Defendant. In all other regards, the stay of proceedings of this case shall continue until further order of this Court.

IT IS SO ORDERED.

    Dated:   **August 5, 2020**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE