IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LYNN REID,<br><br>               Plaintiff,<br><br>      v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. 1:20-cv-00732-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 18) |

     Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 10-1 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: February 18, 2021         Respectfully submitted,

                                              MCGREGOR W. SCOTT
                                              United States Attorney

                                              */s/ Jeffrey J. Lodge*
                                              JEFFREY J. LODGE
                                              Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:  **February 19, 2021**              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE